IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00177-PAB

EDELBERTO HERNANDEZ ORIHUELA,

　　　　Applicant,

v.

TODD M. LYONS, Acting Director, ICE,
GEORGE VALDEZ, Field Director, Denver Office, and
JUAN BALTAZAR, Warden,

　　　　Respondents.

_____

# FINAL JUDGMENT

_____

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 26] of Judge Philip A. Brimmer entered on

June 15, 2026, it is

**ORDERED** that Petitioner Edelberto Hernandez Orihuela's Second Amended

Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 12].

is **GRANTED.**  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 22nd day of June, 2026.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　Jeffrey P. Colwell, Clerk

　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　H. Guerra, Deputy Clerk